DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BAINBRIDGE INVESTOR, LLC,** a Florida Limited Liability Company,
Appellant,

v.

**SCHECHTER OPERATING CAPITAL, LLLP,** a Florida Limited Liability
Limited Partnership; **BAINBRIDGE HOLDINGS I, LLC,** a Florida Limited
Liability Company; **SCHECHTER CAPITAL, LLLP,** a Florida Limited
Liability Limited Partnership, and **PHILIP TSITSEKLIS,**
Appellees.

Nos. 4D2022-0006 and 4D2023-1494

[November 22, 2023]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial
Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case Nos.
50-2016-CA-008692-XXXX-MB and 50-2016-CA-008818-XXXX-MB.

Adam S. Hall and Roarke Maxwell of The Hall Law Firm, P.A., Miami,
and Eric D. Isicoff, Teresa Ragatz and Jordan D. Isicoff of Isicoff Ragatz,
Miami, for appellant.

Bruce S. Rogow of Bruce S. Rogow, P.A., Cedar Mountain, North
Carolina, Tara A. Campion of Bruce S. Rogow, P.A., Boca Raton, and
Steven M. Katzman and Helaina Bardunias of Katzman Wasserman
Bennardini & Rubinstein, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***